IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY A. JONES,

     Plaintiff,                      No. CIV S-11-2049 LKK DAD P

    vs.

DR. JAFFE et al.,

     Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. On March 13, 2012, the court dismissed plaintiff's complaint with leave to amend. On that same date the court denied plaintiff's motion for entry of default judgment.

        Plaintiff has since filed a second virtually-identical motion for entry of default judgment as well as a motion for an extension of time to file an amended complaint. First, as to plaintiff's motion for entry of default judgment, for the same reasons discussed in the court's previous order, the court will deny plaintiff's motion. See Order Filed Mar. 13, 2012 (Doc. No. 9) at 6. As to plaintiff's motion for an extension of time, good cause appearing, the court will grant plaintiff an additional sixty days to file his amended complaint.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for entry of default judgment (Doc. No. 12) is denied;

2. Plaintiff's motion for an extension of time (Doc. No. 13) is granted; and

3. Plaintiff is granted sixty days from the date of service of this order to file an amended complaint. Failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: March 27, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jone2049.36amc