IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HENRY A. JONES,

    Plaintiff,                    No. 2:11-cv-2049 LKK DAD P

    vs.

DR. JAFFE et al.,

    Defendants.           ORDER

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On August 19, 2013, plaintiff filed a request with the court to "hold petition in abeyance." Therein, plaintiff asks for additional time to file a request for preliminary injunctive relief. Plaintiff is advised that there is no deadline for filing motions for preliminary injunctive relief. Accordingly, IT IS HEREBY ORDERED that plaintiff's request to "hold petition in abeyance" or for additional time to file a request for preliminary injunctive relief, docketed as a motion to stay (ECF No. 57), is denied as unnecessary.

DATED: August 22, 2013.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jone2049.styd

1