1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10    HENRY A. JONES,

11              Plaintiff,                    No. 2:11-cv-2049 LKK DAD P

12         vs.

13    DR. JAFFE et al.,

14              Defendants.            <u>ORDER</u>

15    _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17    seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19         On July 26, 2013, the magistrate judge filed findings and recommendations herein

20    which were served on all parties and which contained notice to all parties that any objections to

21    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

22    objections to the findings and recommendations.

23         The court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26    /////

1

1            1. The findings and recommendations filed July 26, 2013, are adopted in full;

2            2. Plaintiff's motion to amend (Doc. No. 42) is granted and plaintiff's proposed

3 second amended complaint (Doc. No. 43) is deemed the operative pleading in this action;

4            3. Defendant Dr. O'Neill's motion to dismiss (Doc. No 25) is denied as moot;

5            4. Defendants Dr. Jaffe and Dr. Frazier-Grubbs are dismissed from this action at

6 plaintiff's request;

7            5. Defendants Dr. Jaffe and Dr. Frazier-Grubbs' motion to dismiss (Doc. No. 30)

8 is denied as moot;

9            6. Plaintiff's state law claims are dismissed at plaintiff's request;

10           7. Defendant Dr. O'Neill is directed to file an answer in response to plaintiff's

11 Eighth Amendment claims within thirty days.

12 DATED: August 23, 2013.

13

14

15

16 LAWRENCE K. KARLTON
    SENIOR JUDGE
17 UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26